**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MICHELLE MICHIKO FREEMOND, | No. 2:24-cv-04964-MRA-RAO |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF REMAND** |
| MARTIN O'MALLEY,<br>Commissioner of Social Security, | |
| Defendant. | |

  The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand,

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: November 19, 2024

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE