# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michelle Michiko F., <br><br> Plaintiff, <br><br> v. <br><br> COMMISIONER OF SOCIAL SECURTY, <br><br> Defendant. | Case No.   2:24-cv-04964-RAO <br><br> **ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of EIGHT THOUSAND DOLLARS AND 00/100 ($8,000.00) as authorized by 28 U.S.C. § 2412,  and costs in the amount of  ZERO dollars ($0.00) under 28 U.S.C. §1920be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: 3/10/2025                                   _____/s/_____
                                                                  HON. ROZELLA A. OLIVER
                                                                  UNITED STATES MAGISTRATE JUDGE